**Motion for Rehearing Granted, Memorandum Opinion filed November 13, 2014, Withdrawn, Appeal Reinstated, and Order filed November 25, 2014.**

In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00345-CV

———————

**ALBERT LUJAN D/B/A TEXAS WHOLESALE FLOWER CO., Appellant**

**V.**

**NAVISTAR, INC., NAVISTAR INTERNATIONAL CORPORATION, NAVISTAR INTERNATIONAL TRANSPORTATION CORP., INTERNATIONAL TRUCK AND ENGINE CORPORATION AND SANTEX TRUCK CENTERS, LTD., Appellees**

**On Appeal from the 129th District Court
Harris County, Texas
Trial Court Cause No. 2009-77458**

## ORDER

On November 13, 2014, this court issued an opinion dismissing this appeal. On November 18, 2014, appellant filed a motion for rehearing. Appellee filed a response the same day. The motion is GRANTED.

This court's opinion filed November 13, 2014, is WITHDRAWN, and our judgment of that date is VACATED.  The appeal is ordered REINSTATED.


PER CURIAM.